# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSHUA JOEL ZAMORA GONZALES, | No. ED CV 12-862-BRO (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CONNIE GIPSON, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: July 19, 2013

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE